Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Digital Ally, Inc.  v. Utility Associates, Inc.

No. 14-1420

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se     [✓] As counsel for: Digital Ally, Inc.
                                    Name of party

I am, or the party I represent is (select one):

[ ] Petitioner  [ ] Respondent  [ ] Amicus curiae  [ ] Cross Appellant
[✓] Appellant   [ ] Appellee    [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant     [ ] Respondent or appellee

My address and telephone are:

Name: Adam P. Seitz
Law firm: Erise IP, P.A.
Address: 6201 College Boulevard, Suite 300
City, State and ZIP: Overland Park, KS 66211
Telephone: 913-777-5600
Fax #: 913-777-5601
E-mail address: adam.seitz@eriseip.com

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 7/25/2007

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[✓] Yes    [ ] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

5/1/14
Date

Signature of pro se or counsel

cc: _____

123

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

DIGITAL ALLY, INC. v. UTILITY ASSOCIATES, INC.

NO. 14-1420

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on counsel of record via e-mail to the below referenced parties on this 1st day of May, 2014:

/s/ Adam P Seitz_____
Adam P. Seitz
Erise IP, P.A.
6201 College Boulevard
Suite 300
Overland Park, Kansas 66211
(t) 913.777.5600
(f) 913.777.5601
adam.seitz@eriseip.com

*Counsel for Appellant Digital Ally, Inc.*

## SERVICE LIST

*Counsel for Appellee Utility Associates, Inc.*

Stephen M. Schaetzel
Meunier Carlin & Curfman, LLP
815 W. Peachtree Street, N.W.
Suite 500
Atlanta, GA 30308
(t) 404.645.7700
(f) 404.645.7707
sschaetzel@mcciplaw.com

Aaron E. Hankel
Shook, Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, MO 64108
(t) 816.474.6550
(f) 816.421.5547
ahankel@shb.com